UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JERMAR D. WILLIAMS,

    Plaintiff,

v.   Case No. 3:24cv355-LC-HTC

M. GONZALEZ,

    Defendant.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on April 24, 2025 (ECF No. 62), recommending that Defendant Gonzalez's motion to dismiss (ECF No. 57) be granted and this case be dismissed without prejudice as malicious under 28 U.S.C. § 1915(e)(2)(B)(i) and § 1915A(b)(1) for Plaintiff's abuse of the judicial process. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation and conducted a *de novo* review of the timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 62) is adopted and incorporated by reference in this order.

2. Defendant Gonzalez's motion to dismiss (ECF No. 57) is GRANTED.

3. This case is DISMISSED WITHOUT PREJUDICE as malicious under 28 U.S.C. §§ 1915(e)(2)(B)(i) and 1915A(b)(1) for Plaintiff's abuse of the judicial process.

4. The clerk shall close the file.

**DONE AND ORDERED** this 12th day of May, 2025.

          _s/L.A. Collier_
          **LACEY A. COLLIER**
          **SENIOR UNITED STATES DISTRICT JUDGE**